*Jeremiah F. Connor* for appellants.

*Charles B. Brophy* and *John G. Jackson* for claimant, respondent.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs. Held, that this claim is governed by the terms of the policy as issued on March 1, 1926, and that the statute of 1926, chapter 258 (Workmen's Compensation Law, § 54, subd. 6) is inapplicable thereto.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of GIOVANNI PALERMO, Respondent, against PAOLO SILVESTRO et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — infection from splinter — recission by State Industrial Board of award for temporary disability and new award made for permanent partial disability — earning capacity.*

*Matter of Palermo v. Silvestro,* 222 App. Div. 842, affirmed.

(Argued March 27, 1928; decided April 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1928, modifying and affirming as modified an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, a plasterer, in the course of his employment was injured by a splinter entering his left thumb. Infection set in and left him permanently disabled. Defendants contended that the State Industrial Board erred in rescinding previous awards for " temporary partial disability " and making further award for " permanent partial disability," and further erred in fixing the amount of claimant's present earning capacity.

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of ANNA DALY, Appellant, *v.* UNITED STATES TRUCKING COMPANY, Respondent.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — claim dismissed for lack of evidence as to cause of accident or that it arose out of employment.*

*Matter of Daly* v. *U. S. Trucking Co.*, 221 App. Div. 808, affirmed, (Argued March 27, 1928; decided April 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1927, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and dismissing the claim. Claimant's son died from injuries resulting from a fall from a horse-drawn truck which he was driving in the course of his employment. The Appellate Division dismissed the claim on the ground that there was no explanation of what caused decedent to fall from his truck nor any evidence that the accident arose out of the employment.

*Julius L. Rassner, Lloyd B. Kanter* and *Oscar A. Lewis* for appellant.

*Paul Koch* for respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.